# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>$17,440.00 In US Currency,<br><br>                Defendant. | EDCV 15-1401-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order (Doc. No. 19) filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff United States of America. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   7/1/16

                                               Virginia A. Phillips
                                          United States District Judge